# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: LEE V. JACK & MINNIE G. JACK  
2524 SKOKIE DRIVE  
ROCKFORD, IL  61108  

SSN-xxx-xx-4104 & xxx-xx-9646

Case Number: 06-70075

Case filed on: 1/23/2006  
Plan Confirmed on: 4/7/2006

D Dismissed

Total funds received and disbursed pursuant to the plan: $6,656.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY GARY C FLANDERS | 3,470.61 | 3,470.61 | 2,640.00 | 0.00 |
|  | Total Legal | 3,470.61 | 3,470.61 | 2,640.00 | 0.00 |
| 999 | LEE V. JACK | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | HEIGHTS FINANCE | 2,807.51 | 2,807.51 | 1,797.06 | 303.53 |
| 002 | HSBC MORTGAGE SERVICES | 940.25 | 940.25 | 467.71 | 0.00 |
| 003 | ILLINOIS TITLE LOANS, INC | 1,949.99 | 1,500.00 | 883.61 | 166.68 |
|  | Total Secured | 5,697.75 | 5,247.76 | 3,148.38 | 470.21 |
| 001 | HEIGHTS FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | ILLINOIS TITLE LOANS, INC | 0.00 | 449.99 | 0.00 | 0.00 |
| 004 | AFFORDABLE CASH ADVANCE | 539.60 | 539.60 | 0.00 | 0.00 |
| 005 | AMERICAN CASH N GO | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | AMERICAN CASH N GO | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CHECKS FOR CASH | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | LVNV FUNDING LLC | 998.66 | 998.66 | 0.00 | 0.00 |
| 010 | FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | ECAST SETTLEMENT CORPORATION | 789.23 | 789.23 | 0.00 | 0.00 |
| 012 | ECAST SETTLEMENT CORPORATION | 235.45 | 235.45 | 0.00 | 0.00 |
| 013 | CAPITAL ONE | 1,518.35 | 1,518.35 | 0.00 | 0.00 |
| 014 | CAPITAL ONE | 2,390.75 | 2,390.75 | 0.00 | 0.00 |
| 015 | ECAST SETTLEMENT CORPORATION | 443.19 | 443.19 | 0.00 | 0.00 |
|  | Total Unsecured | 6,915.23 | 7,365.22 | 0.00 | 0.00 |
|  | Grand Total: | 16,083.59 | 16,083.59 | 5,788.38 | 470.21 |

Total Paid Claimant:       $6,258.59  
Trustee Allowance:         $397.41  
Percent Paid Unsecured:     0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

    /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 12/28/2008          By  /s/Heather M. Fagan